# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                   dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                   ltrust@osbornlawpc.com

June 2, 2026

Application **GRANTED**. Plaintiff shall file her motion for judgment on the pleadings by **September 8, 2026**; Defendant's response shall be filed by **November 13, 2026**; and Plaintiff's reply, if any, shall be filed by **November 27, 2026**.

**VIA ECF**

The Clerk of Court is respectfully requested to terminate ECF 10.

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dated: June 2, 2026
       New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:    *Sanabria v. Commissioner of Social Security,*
       Civil Action 1:26-cv-01905-RFT

Dear Judge Tarnofsky,

We write on behalf of plaintiff, Ivelisse Elena Sanabria, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on June 10, 2026 per the Court's Standing Scheduling Order. This is the parties' first request for an extension.

Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file her motion for judgment on the pleadings on or before **September 8, 2026**;

2. Defendant to file its response/cross-motion on or before **November 13, 2026**; and

3. Plaintiff to file her reply (if any) on or before **November 27, 2026.**

43 West 43rd Street, Suite 131            Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036                  Facsimile  212-500-5115       info@osbornlawpc.com

Honorable Robyn F. Tarnofsky
June 2, 2026
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
ltrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)