UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVELISSE ELENA SANABRIA,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

26 CIVIL 01905 (RFT)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated November 6, 2026, that the Commissioners decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings, including offering the plaintiff an opportunity for a new hearing, and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
November 10, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**